IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY BRAGG,                                           PETITIONER

v.                          PB-C-98-540

LARRY NORRIS, Director,
Arkansas Department of Correction,                      RESPONDENT

ORDER

The court directs the respondent to file, by May 17, 1999, the trial transcript, petitioner's Rule 37 petition, the order denying Rule 37 relief, and the notice of appeal from the order denying Rule 37 relief. The respondent also should inform the court whether the circuit clerk certified the Rule 37 record and, if so, on what date. In addition, the respondent should inform the court whether the circuit clerk sent a Rule 37 record to petitioner and, if so, on what date. If a Rule 37 record was sent to petitioner, the respondent should submit to the court a copy of the record sent to petitioner.

The court directs the petitioner to inform the court, by May 17, 1999, whether he asked the circuit clerk to send him the Rule 37 record and, if so, on what date or dates. He should submit to the court copies of any letters requesting that the record be sent to him. In a letter that petitioner

sent to the trial judge on December 15, 1997, he stated that the clerk sent him certified copies of some parts of the Rule 37 record in response to a letter to the clerk dated December 2, 1997. Petitioner is directed to inform the court which parts of the Rule 37 record were sent to him and to submit copies of the parts of the Rule 37 record sent to him by the clerk.

IT IS SO ORDERED this 5-th day of April, 1999.

_____
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev.8/82)

F I L E   C O P Y

ah

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

April 7, 1999

* * MAILING CERTIFICATE OF CLERK * *

Re:  5:98-cv-00540.

True and correct copies of the attached were mailed by the clerk to the following:

    Teena L. Watkins, Esq.
    Arkansas Attorney General's Office
    Catlett-Prien Tower Building
    323 Center Street
    Suite 200
    Little Rock, AR   72201-2610

    Rodney Bragg
    CU
    Cummins Unit
    ADC #108021
    Post Office Box 500
    Grady, AR   71644-0500

    press

James W. McCormack, Clerk

Date: 4/7/99

BY: _Ahensy_