FILED M/F
U.S. ___ ___ ___
EASTERN ___ ___ ___SAS

APR 28 1999

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES W. ___
By:_____
                    DEP CL___

E/\S___ ___ ___
APR 28 1999
JAMES W. ___ ___ CLERK
By:_____
            DEP CLERK

RODNEY BRAGG,                                               PETITIONER


V.                                    PB-C-98-540


LARRY NORRIS, Director,
Arkansas Department of Correction,                         RESPONDENT


### RESPONSE TO COURT'S ORDER OF APRIL 5, 1999

Comes the petitioner and for his response to the Court's order of April 5, 1999, states:

1.    That the Court ordered petitioner to file the trial transcript, petitioner's rule 37 petition, the order denying rule 37 relief, and the notice of appeal from the order denying rule 37 relief. Enclosed herewith are copies of the trial transcript, petitioner's rule 37 petition, the order denying rule 37 relief, and the notice of appeal from said order denying rule 37 relief.

2.    To petitioner's knowledge, the clerk did not certify the complete rule 37 record at any time as requested by petitioner. According to a letter from Ms. Sue Newberry, Criminal Justice Coordinator for the Supreme Court of Arkansas, the clerk certified a record to her on or about January 26, 1998. A copy of Ms. Newberry's letter is enclosed.

3.    Petitioner was ordered to inform the Court whether the circuit clerk sent a rule 37 record to him and, if so, on what date. The circuit clerk did not send a rule 37 record to petitioner at any time.

4.    Petitioner was ordered to inform the Court whether he asked the circuit clerk to sent him the rule 37 record and, if so, on what date or dates. Petitioner, by letter to the circuit clerk dated September 19, 1997, informed the clerk that he had moved the circuit court to

order her to furnish the recored to him free of cost. A copy of the September 19, 1997 letter is enclosed. In addition, the trial court did in fact order the clerk to furnish the record to the petitioner by order dated September 29, 1997, a copy of which is enclosed herewith.

5.      Petitioner was directed to inform the Court which parts of the rule 37 record were sent to him by the clerk. The only item furnished to petitioner by the clerk was a certified copy of his original petition which was sent to him shortly after the September 29, 1997 order. The certification on the petition is dated September 29, 1997. A copy of said certified copy of his rule 37 petition is enclosed. At no time did the clerk send the entire certified record to petitioner to be lodged with the Supreme Court.

Respectfully submitted,

Rodney Bragg, pro se

CERTIFICATE OF SERVICE

I, Rodey Bragg, hereby certify that I have mailed a true and correct copy of the foregoing to Ms. Teena Watkins, Assistant Attorney General, Suite 200, 323 Center Street, Little Rock, AR 72201, by U.S. Mail with sufficient postage affixed thereto this _26th_ day of ___April___, 1999.

Rodney Bragg

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

# *Exhibits Attached to Original Document in Court's Case File*